# In the United States Court of Federal Claims
**OFFICE OF SPECIAL MASTERS**
No. 14-124V
Filed: May 15, 2015

| | | |
|---|---|---|
| \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* | | **UNPUBLISHED** |
| SUSAN ZALEWSKI, | \* | |
| | \* | Special Master Hamilton-Fieldman |
| Petitioner, | \* | |
| v. | \* | Attorneys' Fees and Costs; Reasonable Amount |
| | \* | Requested to which Respondent Does Not |
| SECRETARY OF HEALTH | \* | Object. |
| AND HUMAN SERVICES, | \* | |
| | \* | |
| Respondent. | \* | |
| \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* | | |

Paul R. Brazil, Muller Brazil, LLP, Philadelphia, PA, for Petitioner.
Traci R. Patton, United States Department of Justice, Washington, DC, for Respondent.

### DECISION[1]

On February 12, 2014, Susan Zalewski ("Petitioner") filed a petition pursuant to the National Vaccine Injury Compensation Program.[2]  42 U.S.C. §§ 300aa-1 to -34 (2006).  Petitioner alleged that she suffered from a neuropathy as a result of a tetanus toxoid-diphtheria vaccine administered to her on August 23, 2012.  Petition ("Pet") at 1-2.

The undersigned issued a decision on April 3, 2014, dismissing the case for insufficient proof. On May 14, 2015, Petitioner filed a Stipulation of Facts Concerning Final Attorneys' Fees and Costs. Stipulation, ECF No. 30.  Pursuant to their Stipulation, the parties have agreed to an award of $17,974.48 in attorneys' fees and costs.  *Id.*  In accordance with General Order Number 9, Petitioner's counsel represented that Petitioner did not personally incur any expenses in pursuit of this claim.  *Id.*

The undersigned finds that this petition was brought in good faith and that there existed a reasonable basis for the claim.  Therefore, an award for fees and costs is appropriate, pursuant to 42 U.S.C. § 300aa-15(b) and (e)(1).  Further, the proposed amount seems reasonable and appropriate.

---

[1] The undersigned intends to post this unpublished decision on the United States Court of Federal Claims' website, in accordance with the E-Government Act of 2002, Pub. L. No. 107 347, § 205, 116 Stat. 2899, 2913 (codified as amended at 44 U.S.C. § 3501 note (2006)).  As provided by Vaccine Rule 18(b), each party has 14 days within which to file a motion for redaction "of any information furnished by that party (1) that is trade secret or commercial or financial information and is privileged or confidential, or (2) that are medical files and similar files the disclosure of which would constitute a clearly unwarranted invasion of privacy." In the absence of such motion, the entire decision will be available to the public.  *Id.*

[2] The National Vaccine Injury Compensation Program is set forth in Part 2 of the National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755, codified as amended, 42 U.S.C. §§ 300aa-1 to -34 (2006) (Vaccine Act or the Act).  All citations in this decision to individual sections of the Vaccine Act are to 42 U.S.C.A. § 300aa.

1

**Accordingly, the undersigned hereby awards the following amounts:**

a. **$6,474.48,** jointly payable to Petitioner and Petitioner's attorney, Paul Brazil, Esq., for attorneys' fees and costs; and

b. **$11,500.00**, jointly payable to Petitioner and Thomas Gallagher, Esq., LLC, for attorneys' fees and costs.

In the absence of a motion for review filed pursuant to RCFC Appendix B, the clerk of the court **SHALL ENTER JUDGMENT** in accordance with the terms of the parties' stipulation.[3]

**IT IS SO ORDERED.**

/s/ Lisa D. Hamilton-Fieldman
Lisa D. Hamilton-Fieldman
Special Master

---

[3] Pursuant to Vaccine Rule 11(a), entry of judgment is expedited by the parties' joint filing of notice renouncing the right to seek review.